# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL MYERS

VERSUS

GABRIELLA DIAZ, EDWARD DIAZ,
GEICO COUNTY MUTUAL
INSURANCE COMPANY AND GEICO
CASUALTY COMPANY

NO.  2022 CW 0272

**JUNE 21, 2022**

---

In Re:    Michael Myers, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          168519.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED WITH ORDER.**  The portion of the trial court's February 17, 2022 order, which set a bond in the amount of $30,000 is vacated.  The amount ordered as security for this appeal appears excessive.  Accordingly, we grant the writ and remand the matter to the trial court to fix the security for a suspensive appeal pursuant to the provisions of La. Code Civ. P. art. 2124(B)(3).

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT